KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6816
   facsimile: (415) 436-6748
   e-mail: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA STAR SEAFOOD CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES, et al.<br><br>               Defendant. | Case No. C 06-4202 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |

## STIPULATION

The United States Attorneys office, on behalf of Alberto R. Gonzales, defendant, and Leslie T. Krasny, Esq., on behalf of Virginia Star Seafood Corporation, plaintiff, hereby stipulate to amend the briefing schedule with respect to plaintiff's Motion for Preliminary Injunction as follows:

1. Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction shall be continued from July 19, 2006 until July 21, 2006.

2. Plaintiff's Reply to Defendant's Opposition shall be continued from July 21, 2006, until July 25, 2006.

3. Plaintiff's Motion for Preliminary Injunction shall be heard before the Honorable Phyllis J. Hamilton on August 2, 2006 at 9:00 a.m.

Dated: _____
STEPHANIE M. HINDS
Assistant United States Attorney

Dated: July 18, 2006 _____
LESLIE T. KRASNY, ESQ.
Attorney for Plaintiff
Virginia Star Seafoods

ORDER

IT IS SO ORDERED.

1. Defendant shall file its Opposition to Plaintiff's Motion for Preliminary Injunction on or before July 21, 2006.

2. Plaintiff shall file any Reply to Defendant's Opposition on or before July 25, 2006.

3. Plaintiff's Motion for Preliminary Injunction shall be heard on August 2, 2006 at 9:00 a.m.

Dated: 7/24/06

*IT IS SO ORDERED*
*PHYLLIS J. HAMILTON*
*United States District Judge*

STIPULATION AND [PROPOSED] ORDER CONT. NUNC
BRIEFING SCHEDULE
C 06-4202 PJH

2

TOTAL P.03