UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA STAR SEAFOOD CORPORATION, et al.,

    Plaintiff(s),

    v.

ALBERTO R. GONZALES, et al.,

    Defendant(s).
_____/

No. C 06-4202 PJH

**ORDER OF DISMISSAL**

In view of the forfeiture to the government of the seized fish that was the subject of this action for recovery and the dismissal as moot of the government's related civil forfeiture action, *United States v. Approximately 360,804 Pounds of Vietnamese Sutchi Catfish*, C 06-4675 PJH, this case is also DISMISSED as moot.

**IT IS SO ORDERED.**

Dated: January 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge